# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER FRYE,** | : | **CIVIL NO. 1:16-CV-1538** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **SCI BENNER MEDICAL DEPT., DR. DOLL,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 10th day of August, 2017, upon consideration of defendant's motion (Doc. 20) to dismiss, and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. Defendant's unopposed motion (Doc. 20) to dismiss is GRANTED.

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania